# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy:   Kathleen Finney            Date:  April 28, 2014
Court Reporter: Terri Lindblom
Probation Officer: Andrea Bell

Criminal Action No. 13-cr-00237-MSK

*Parties*:                                              *Counsel*:

UNITED STATES OF AMERICA,              Mark Barrett

           Plaintiff,

v.

AARON DEJON BELYEU,                        Matthew Belcher

           Defendant.

_____

## SENTENCING MINUTES
_____

**9:07 a.m.      Court in session**.

Defendant present in custody.

**Change of Plea Hearing on January 16, 2014.  Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and addendum.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do** request departure.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by:  The Government, the defendant, and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  Argument made by the Government and defense counsel.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

**ORDER:** The **Government's Motion to Restrict** [#27] filed April 24, 2014 is **GRANTED in part, DENIED in part,** as stated on the record.

The Defendant's Motion for Variant Sentence Pursuant to 18 U.S.C. Section 3553(a) [#24] filed April 14, 2014 is **GRANTED**.

The Motion [#29] filed April 24, 2014 is **GRANTED**.

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:39 a.m.** **Court in recess.**

Total Time: 00:32
Hearing concluded.